UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
United States District Judge
Fresno, California

                RE:    Salvador BUENROSTRO
                        Docket Number: 1:97CR05114-03
                        **REQUEST TO RELEASE PASSPORT/ORDER**

Your Honor:

Salvador Buenrostro's term of supervised release expired on April 14, 2006, and he has fulfilled his sentence in this case. His passport is being held in the vault in the clerk's office in Sacramento. The probation officer respectfully seeks an order of the Court directing the clerk's office to release the offender's passport so it may be returned to him.

By signature on this memorandum, the clerk's office in the Eastern District of California is hereby ordered to release the above offender's passport to the probation officer in the Eastern District of California.

                        Respectfully submitted,

                        /s/Richard W. Elkins
                        **RICHARD W. ELKINS**
                        **United States Probation Officer**

Dated:       April 24, 2006
                Elk Grove, California
                RWE:RWE

REVIEWED BY:    /s/Deborah A. Spencer
                            **DEBORAH A. SPENCER**
                            **Supervising United States Probation Officer**

Rev. 10/99
MEMO-CT.MRG

**Salvador BUENROSTRO**
**1:97CR05114-03**

---

**ORDER OF THE COURT:**

**Approved**    __X__                 **Disapproved** _____

IT IS SO ORDERED.

**Dated:** __April 28, 2006__           __/s/ Oliver W. Wanger__
emm0d6                                     UNITED STATES DISTRICT JUDGE